United States Courts
Southern District of Texas
FILED

SEP 2 6 2012

David J. Bradley, Clerk of Court

UNSEALED
PER ORDER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
vs. §
§
1. HERRATIO HANS HEDSPETCH §
[redacted] §
3. SAMIRA MALIKA BONDS §
4. KENNETH RAY O'BRYANT §
a.k.a. "BUNDY" §
5. MICHAEL ANDREW WILLIAMS §
[redacted] §
7. GREGORY MCFADDEN §
8. LLOYD GLEN O'BRYANT §

H 12 -598

CR. NO. H-12-

FILED UNDER SEAL

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)

From on or about early 2011, through the date of this Indictment, in the Southern District of Texas, and elsewhere,

HERRATIO HANS HEDSPETCH,
[redacted]
SAMIRA MALIKA BONDS,
KENNETH RAY O'BRYANT a.k.a. "BUNDY"
MICHAEL ANDREW WILLIAMS
[redacted]
GREGORY MCFADDEN and
LLOYD GLEN O'BRYANT,

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with the

intent to distribute a controlled substance. This violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(ii).

**NOTICE OF CRIMINAL FORFEITURE**
***[Title 21, United States Code, Section 853]***

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the defendants,

**HERRATIO HANS HEDSPETCH,**
[redacted]
**SAMIRA MALIKA BONDS,**
**KENNETH RAY O'BRYANT a.k.a. "BUNDY"**
**MICHAEL ANDREW WILLIAMS**
[redacted]
**GREGORY MCFADDEN and**
**LLOYD GLEN O'BRYANT,**

that upon conviction for conspiracy to possess with intent to distribute marijuana in violation of Title 21 U.S.C. Sections 846 and 841(a)(1), 841(b)(1)(A) and 841(b)(1)(D), as charged in Count One in the Superseding Indictment, the following property will be forfeited to the United States:

(1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

(2) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

The property subject to forfeiture includes, but is not limited to, the following property:

1. Money constituting proceeds obtained directly or indirectly as the result of the conspiracy to possess with intent to distribute cocaine and marijuana.

**Money Judgment**

Defendants are notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture. That amount is estimated to be, but is not limited to, approximately $200,000 in United States dollars.

**Joint and Several Liability**

Defendants may be jointly and severally liable to the United States with any co-defendant(s) convicted of a common Count.

**SUBSTITUTE ASSETS**

In the event that the property subject to forfeiture as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been placed beyond the jurisdiction of the Court;

c. has been transferred or sold to, or deposited with a third party;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property pursuant to Title 21, United States Code, Section 853(p).

A TRUE ~~BILL~~

Original Signature on File
FOREPERSON OF THE GRAND JURY

**KENNETH MAGIDSON**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF TEXAS**

By: ______________________

JOHN JOCHER
SHELLEY J. HICKS
Assistant United States Attorneys
Southern District of Texas